OPINION PER CURIAM, June 1, 1971:

The appeal is quashed as untimely filed. *See, Woodward & Williamson's Assessment*, 274 Pa. 567, 118 Atl. 552 (1922). Costs on appellant.

## Commonwealth *v.* Williams, Appellant.

Submitted November 9, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Sheldon S. Toll,* and *Montgomery, McCracken, Walker & Rhoads,* for appellant.

*Stewart J. Greenleaf* and *Richard A. Devlin,* Assistant District Attorneys, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, June 28, 1971:
Order affirmed.

Mr. Justice COHEN took no part in the decision of this case.

## Commonwealth v. Ligon, Appellant.

Submitted November 19, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant.

*Louis Perez, Jr.* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, June 28, 1971:
Order affirmed.

Mr. Justice COHEN took no part in the decision of this case.